# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KENDRA BEARSS,<br><br>    Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>    Defendant. | Case No.:   1:19-cv-00337<br><br>Hon. Janet T. Neff<br><br>NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kendra Bearss and USAA Federal Savings Bank, ("USAA"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with prejudice within the next forty-five (45) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Defendant USAA only as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 1st day of October 2019,

**CHAMI LAW, PLLC**

By: /s/ *Tarek N. Chami*
Tarek N. Chami (P76407)
22000 Michigan Ave. Suite 200
Dearborn, MI 48124
(P): (313) 444-5029

        (F): (888) 428-7911  
        (E): tarek@chamilawpllc.com  
        *Attorneys for Plaintiff*  
        *Kendra Bearss*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Sincie Chacko*