## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KENDRA BEARSS,

          Plaintiff,

    v.

USAA FEDERAL SAVINGS BANK,

        Defendant.

**Case No.:    1:19-cv-00337-JTN-ESC**

**Hon. Janet T. Neff**

### STIPULATION AND ORDER TO DISMISS
### DEFENDANT USAA FEDERAL SAVINGS BANK, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant USAA Federal Savings Bank ("USAA"), through their respective counsel, stipulate to the dismissal of Defendant USAA, with prejudice and without costs or attorney fees to either party.


*/s/ Tarek N. Chami*
Tarek N. Chami (P76407)
Attorney for Plaintiff
Chami Law, PLLC
tarek@chamilawpllc.com

*/s/ David Krueger*
David Krueger (OH 0085072)
Attorney for Defendant
Benesch, Friedlander, Coplan &
Aronoff LLP
dkrueger@beneschlaw.com

*/s/ Elisa J. Lintemuth*
Elisa J. Lintemuth (P74498)
Attorney for Defendant
Dykema Gossett, PLLC
elintemuth@dykema.com

## <u>ORDER TO DISMISS</u>

## <u>DEFENDANT USAA FEDERAL SAVINGS BANK, WITH PREJUDICE</u>

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant USAA Federal Savings Bank shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

This order resolves the last pending claim and closes the case.

_____

Honorable Janet T. Neff

U.S. District Court Judge